UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                        Chapter 11

INDERJEET SINGH and DALJEET NARANG                    Case No. 23-70647

                              Debtor.
-----------------------------------------------------------X

## DECLARATION REGARDING NO BALANCE SHEET, NO STATEMENT OF OPERATIONS AND NO CASH-FLOW STATEMENT

I, Daljeet Narang, pursuant to 28 U.S.C. §1746, declare under penalty of perjury:

1.    I am a debtor in the above-captioned case, with an address of 34 Steven Street, Plainview, New York 11803.

2.    I submit this Declaration under 11 U.S.C. § 1116(1)(B) with respect to 11 U.S.C. § 1187(a).

3.    I do not regularly maintain as an ordinary practice as an individual a balance sheet, statement of operations or cash-flow statement and none have been prepared for this bankruptcy filing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:    Plainview, NY
    On:       February 24, 2023

_____
DALJEET NARANG

7971744.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                  Chapter 11

INDERJEET SINGH and DALJEET NARANG               Case No. 23-70647

                          Debtor.

------------------------------------------------------------X

## DECLARATION REGARDING NO BALANCE SHEET, NO STATEMENT OF OPERATIONS AND NO CASH-FLOW STATEMENT

I, Inderjeet Singh, pursuant to 28 U.S.C. §1746, declare under penalty of perjury:

1.      I am a debtor in the above-captioned case, with an address of 34 Steven Street, Plainview, New York 11803.

2.      I submit this Declaration under 11 U.S.C. § 1116(1)(B) with respect to 11 U.S.C. § 1187(a).

3.      I do not regularly maintain as an ordinary practice as an individual a balance sheet, statement of operations or cash-flow statement and none have been prepared for this bankruptcy filing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:     Plainview, NY
      On:     February 24, 2023

                                                    INDERJEET SINGH

7971742.1